Elisabeth M. McOmber, Esquire (#10615)
**SNELL & WILMER**
15 W South Temple #1200
Salt Lake City, UT  84101-1531
Telephone: 801.257.1880
emcomber@swlaw.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **Kathy Grandin, et al.,**<br><br>                    **Plaintiff,**<br><br>v.<br><br>**Biomet Inc., et al.,**<br><br>                    **Defendants.** | **STIPULATED JOINT MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>Case No.:  **1:18-cv-00037-DAK**<br>**District Judge Dale A. Kimball** |

The plaintiffs, Kathy Grandin and Bruce Grandin ("Plaintiffs"), and the defendants, Biomet, Inc., Biomet Orthopedics, LLC, Biomet U.S. Reconstruction, LLC, Biomet Manufacturing, LLC, Zimmer Biomet, Inc., Zimmer Biomet Holdings, Inc., and Zimmer, Inc. ("Defendants"), stipulate and jointly move the Court to enter an order dismissing all claims in this lawsuit with prejudice.  Each party shall bear its own costs and attorneys' fees.  A proposed Order is submitted concurrently herewith.

Dated this 20th day of February, 2020.

| | |
|---|---|
| FABIAN VANCOTT | SNELL & WILMER L.L.P. |
| By: */s/ Douglas B. Cannon*_____<br>    *(signed by filing attorney with*<br>     *permission of Douglas B. Cannon)*<br>    Douglas B. Cannon<br>    *Attorneys for Plaintiffs* | By: */s/ Elisabeth M. McOmber*_____<br>    Elisabeth M. McOmber<br>    *Attorney for Defendants* |

**CERTIFICATE OF SERVICE**

I hereby certify that on 20th day of February, 2020, the foregoing was filed via the Court's ECF and served upon the following counsel of record in this action:

Douglas B. Cannon
Fabian VanCott
215 S. State St., Ste. 1200
Salt Lake City, Utah 84111
dcannon@fabianvancott.com

*Attorney for Plaintiffs*

/s/ Elisabeth M. McOmber

4829-8685-0741